IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE HENRY WHALEY, JR., **Plaintiff** | : : : : : : : : : | No. 4:24cv1867 |
| | | (Judge Munley) |
| v. | | |
| | | (Chief Magistrate Judge Bloom) |
| COMMONWEALTH OF PENNSYLVANIA, et al., **Defendants** | | |

## ORDER

**AND NOW**, to wit, this 30th day of May 2025, it is hereby **ORDERED** as follows:

1) Chief Magistrate Judge Bloom's report and recommendation (Doc. 5) is **ADOPTED**;

2) Plaintiff's objections (Doc. 6) are **OVERRULED**;

3) Plaintiff's motion to intervene with an injunction/notice of estoppel (Doc. 4) is **DENIED** as moot;

4) Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED** for the sole purpose of screening the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

5) Plaintiff's complaint (Doc. 1) is **DISMISSED** with prejudice and the Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court